**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEOGRIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 4:25-CR-00056-006** |
| | ) | |
| **AMIR DOUGLAS** | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

Application for Leave of Absence has been requested by William A. Morrison for Sunday, February 7, 2027 through Saturday, February 20, 2027 in the above captioned case. The above and foregoing request for Leave of Absence is GRANTED. Mr. Morrison is provided Leave of Court.

So ORDERED this _____10th_____ day of _____June_____, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

ORDER PREPARED BY:

William A. Morrison
State Bar No. 525186
The Morrison Firm, LLC
P.O. Box 1221
Tybee Island, GA 31328
404-290-4628
bill@themorrisonfirm.com
Attorney for Amir Douglas